

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

Nos. 04-14-00106-CR & 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

In both Appeal No. 04-14-00432-CR and Appeal No. 04-14-00106-CR, Otto Ray Kietzman has filed a pro se motion for access to a supplemental clerk's record filed on December 16, 2014, and a motion for extension of time to file a motion for rehearing.

Furthermore, we GRANT appellant's motion and ORDER the clerk of this court to mail appellant a paper copy of the supplemental clerk's record filed December 16, 2014. Further, we GRANT appellant motion for extension of time to file a motion for rehearing. *See* TEX. R. APP. P. 49.8. The deadline for appellant filing a motion for rehearing is February 27, 2015.

With regard to Appeal No. 04-14-00106-CR, mandate issued in this appeal on June 2, 2014. Therefore, we DENY his motions in that appeal.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court